# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

17

Frank A Penkell.
_____
Name of Plaintiff/Petitioner

                    v.                          Case No. 303-CV-00014
                                                              (AVC)

AuToTofe Enter
_____
Name of Defendant/Respondent

Coo Long WHanFDn.NH CT.
C6511      **MOTION FOR APPOINTMENT OF COUNSEL**

PERSONAL/FINANCIAL DATA

1.    Your full name: Frank A Penkell.
      _____

      Your present mailing address _____

      Rd APT East Haven CT 06519

      Telephone number: 203 469-2380
      _____

2.    Are you presently employed? YES ____ NO ✓

3.    If your answer to #2 is YES, please provide the name and address of your employer
      and the amount of your usual weekly earnings. ____0_____

      _____

      _____

      Weekly earnings: ____0____

•     If you are not presently employed, please provide the name and address of your

---

3:03CV00014 (AVC).  October 20, 2003.  This matter having been
dismissed, the plaintiff's motion for appointment of counsel
(document no. 17) is DENIED as moot.
SO ORDERED.
                    Alfred V. Covello, U.S.D.J.