*This is for the Appeal That I need a lawer*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

*oh Appeal That I'm asking for A Pro Bono Attorney case for The Appeal*

Frank A Pennelli
Name of Plaintiff/Petitioner

v.   Case No. 3-03-CV-00014

Autotote Enterprises
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: Frank A Pennelli

   Your present mailing address: 32 Old Foxon Rd Apt 3 East Haven CT 06512

   Telephone number: 203 4692380

2. Are you presently employed? YES ___ NO ✓

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _____

   None

   Weekly earnings: 0

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving.

   On Social Security Disability all my life

(Rev. 1/2/03)

Date last worked: _None_

Weekly earnings: _0_

5. Approximately how much money have you received in the past twelve months in the form of:
   a) salary, wages, commissions, or earned income of any kind? _0_

   b) interest, dividends, rents or investments of any kind? _0_

   c) gifts or inheritances of any kind? _0_

6. How much money do you have in any checking or savings account(s)?

   Checking: _0_

   Savings: _0_

   Prison account: _0_

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ___ (NO) ✓

   If YES, describe the property and state the approximate value: _None_

8. How much money do you owe others? _____

   For each debt, state the name of the creditor and the amount owed:

   | CREDITOR | AMOUNT OWED |
   |---|---|
   | UI | 100.00 |
   | cable | 95.00 |
   | Rent | 300.00 |
   | Phone | 50.00 |
   | Food | 150.00 |

9. List the persons who depend upon you for support, and state your relationship to them.

_____ None _____

_____

_____

_____

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ____ (NO) ____

If the answer is YES, please provide the following information for each such person:

Name: _____ None _____

Relationship: _____

Employer: _____

Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. __Enclosed SS and Letter From Docter__

_____

_____

NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. __Discremation Maschasise Proceution__

(Additional space on next page)

3

_____
_____
_____
_____

### EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? (YES) ___ NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name __John Williams__

   Date you contacted this attorney __1-8-02__

   Method of contact (in person, by telephone, etc.) __Phone__

   Reason why attorney was not employed to handle your case __No Money For Retainer__

   b) Attorney's name __Norm Pattis__

   Date you contacted this attorney __Phone 1-8-02__

   Method of contact (in person, by (telephone), etc.) _____

   Reason why attorney was not employed to handle your case __No money To Hire__

c) Attorney's name  MaRTin looney

Date you contacted this attorney  1-6-02

Method of contact (in person, by (telephone), etc.)  Phone

Reason why attorney was not employed to handle your case
No Money up FRonT

15. Explain any other efforts you have made to obtain an attorney to handle your case.
yellow Pages

16. Please provide any other information which supports your application for the court to appoint counsel.  Do noT undeRsTanD FeDeRal law. oR SupeRioR CouRT law.

17. Do you need a lawyer who speaks a language other than English?
YES ___  NO ✓

If you answered YES, what language do you speak?  EnglisH Is Fine.

5

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court. See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

10-30-03
Date

_[signature]_
Original Signature of Movant

32 OlD Foxon
RD APT 3
EaST Haven CT 06512
Printed Name and Address of Movant

(Rev. 1/2/03)



# Harbor Health Services, Inc.

14 Sycamore Way · Branford, Connecticut 06405-6551 · (203) 483-2650 · Fax: (203) 483-2659

September 15, 2003

To Whom It May Concern:

    Mr. Frank Perrelli has asked me to prepare this letter to state that Mr. Perrelli is in psychiatric treatment here at Harbor Health Services. Mr. Perrelli receives social security disability and lives in a one-bedroom apartment.

Sincerely,

*Ann Senick, LCSW*

Ann Senick, LCSW
Clinical Social Worker

CIAL SECURITY ADMINISTRATION

Date: September 2, 2003  
Claim Number: 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A  
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DI

FRANK PERRELLI  
UNIT 3  
32 OLD FOXON ROAD  
EAST HAVEN CT 06513-2620

u asked us for information from your record. The information that you quested is shown below. If you want anyone else to have this information, you y send them this letter.

formation About Current Social Security Benefits

Beginning December 2002, the full monthly  
Social Security benefit before any deductions is......$ 576.30

   We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is.......$ 576.00  
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

**If You Have Any Questions**

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 203-773-5201. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
ROOM 325A FEDERAL BLDG
150 COURT STREET
NEW HAVEN, CT 06510

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

OFFICE MANAGER