*Appeal That I need a lawer*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

*#19*

*oh Appeal That I'm Asking for A Pro Bono Attorney case for the Appeal*

Frank A Pennelli
Name of Plaintiff/Petitioner

v.

Case No. 3-03-CV-00014

AutoTote Enterprises
Name of Defendant/Respondent

### MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: Frank A Pennelli

   Your present mailing address: 32 Old Foxon Rd Apt 3
   East Haven CT 06512

   Telephone number: 203 4692380

2. Are you presently employed? YES ___ NO ✓

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. ___

---

3:03CV0014(AVC). November 24, 2003. A notice of appeal having been filed in this matter, this court no longer has jurisdiction to adjudicate the plaintiff's request for the appointment of counsel to aid in his appeal. See Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982) ("[t]he filing of a notice of appeal . . . confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal"); Brinton v. Gaffney, 560 F.Supp. 28, 30 (E.D. Pa. 1983) (district court has no jurisdiction to adjudicate application for appointment of counsel after notice of appeal filed). The application for the appointment of counsel (document no. 19) is therefore DENIED without prejudice to its refiling with the court of appeals. SO ORDERED.

Alfred V. Covello, U.S.D.J.