# MANDATE

D. Conn./New Haven
03-cv-0014
Covello, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 18th day of February, Two Thousand and Four,

Present:

    Hon. Amalya L. Kearse,
    Hon. José A. Cabranes,
    Hon. Robert A. Katzmann,
        *Circuit Judges.*

Frank A. Perrelli,

    Plaintiff-Appellant,

v.                                                                                          03-9100

State of Connecticut, et al.,

    Defendants-Appellees.

UNITED STATES COURT OF APPEALS
FILED
FEB 1 8 2004
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

Appellant, *pro se*, moves for assignment of counsel in his appeal from a district court order dismissing his civil rights action for failure to comply with the district court's previous order to show cause. Upon due consideration, it is ORDERED that the motion is DENIED, and the appeal is DISMISSED because it lacks an arguable basis in law or in fact. *See* 28 U.S.C. § 1915(e); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

A TRUE COPY
Roseann B. MacKechnie, Clerk
by _____
DEPUTY CLERK

FEB 18 2004

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: Lucille Carr

SAO-GS

Issued as Mandate 4/16/04

D. Conn.
03-cv-0014
Covello, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 18th day of February, Two Thousand and Four,

Present:

    Hon. Amalya L. Kearse,
    Hon. José A. Cabranes,
    Hon. Robert A. Katzmann,
           *Circuit Judges.*

---

Frank A. Perrelli,

        Plaintiff-Appellant,

    v.                                                    03-9100

State of Connecticut, et al.,

        Defendants-Appellees.

---

    Appellant, *pro se*, moves for assignment of counsel in his appeal from a district court order dismissing his civil rights action for failure to comply with the district court's previous order to show cause. Upon due consideration, it is ORDERED that the motion is DENIED, and the appeal is DISMISSED because it lacks an arguable basis in law or in fact. *See* 28 U.S.C. § 1915(e); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

                              FOR THE COURT:
                              Roseann B. MacKechnie, Clerk

                              By: *Lucille Carr*

FEB 18 2004

SAO-GS

THE MANDATE, CONSISTING OF ITEMS BELOW, HAS BEEN RECEIVED
( ) OPINION ( ) STATEMENT OF COSTS
(✓) ORDER
RECEIVED BY: _____ DATE: _____